**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Bradley,<br><br>                     Petitioner,<br><br>v.<br><br>Unknown Party, et al.,<br><br>                     Respondents. | No. CV-23-01195-PHX-MTL<br><br>**ORDER** |

Before the Court is the Report and Recommendation of Magistrate Judge Camille D. Bibles ("R & R") (Doc. 22) recommending that the Petition for Writ of Habeas Corpus (Doc. 1) be denied. Petitioner has not filed any objections to the R & R. The deadline to do so passed fourteen days following service of the R & R, which was mailed to Petitioner on March 4, 2024.

In reviewing an R & R, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's finding and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that the District Court need not conduct "any review at all . . . of any issue that is not the subject of an objection"). No objections having been received, the Court will accept and adopt the R & R in its entirety.

. . .

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 22) is **accepted**.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **dismissed with prejudice**.

**IT IS FINALLY ORDERED** that the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 4th day of June, 2024.

Michael T. Liburdi
United States District Judge